UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHPRESIM HAXHAJ on behalf of Shpendim Haxhaj,

                Petitioner,

-against-

WARDEN CAMP MCFP,

                Respondent.

25-CV-5354 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Shpresim Haxhaj (Shpresim) filed a *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, seeking relief on behalf of his brother Shpendim Haxhaj (Shpendim), who was detained at the Medical Center for Federal Prisoners in Springfield, Missouri (MCFP Springfield) during his criminal proceedings, *United States v. Haxhaj*, No. 21-CR-00017 (KPF) (S.D.N.Y.). Shpresim's July 19, 2024 Section 2241 petition was opened as a civil matter, *Haxhaj v. Warden Camp MCFP*, No. 24-CV-5613 (KPF) (S.D.N.Y.), and transferred to the United States District Court for the Western District of Missouri, based on the location where Shpendim was detained.

      Shpresim now brings an "emergency petition" in which he asks the Court to "reinstate [his] petition on behalf of Shpendim Haxhaj, dated July 19, 2024, on the grounds that he never consented to the petition being transferred to Missouri." (ECF 1 at 1.) The Court liberally construes this application as a a motion, under Rule 60(b) of the Federal Rules of Civil Procedure, for relief from the transfer order in *Haxhaj*, No. 24-CV-5613 (KPF).[1]

---

[1] Shpresim also sought to postpone his brother's sentencing, which took place on the same day that he filed this petition.

## CONCLUSION

Accordingly, the Court directs the Clerk of Court to: (1) file this application, 25-CV-5354 (ECF 1), as a Rule 60(b) motion in *Haxhaj*, No. 24-CV-5613 (KPF), with party-view only access;[2] and (2) to close this action, 25-CV-5354.

SO ORDERED.

Dated:   July 1, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

[2] Shpresim seeks to "seal this petition" because it discloses his brother's medical information; the Court therefore directs the Clerk of Court to docket this application party-view only at this stage, subject to further order of the assigned district judge.